**Order entered November 5, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00789-CR**
**No. 05-19-00791-CR**

**BRANDON NORMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-51705-Q & F18-51706-Q**

## ORDER

Before the Court is appellant's October 30, 2018 "Motion to Appear Pro Se." We will interpret appellant's motion as a request to file a pro se response to counsel's *Anders* brief. Appellant's request is **GRANTED.**

In his motion to withdraw, counsel states that he "will mail appellant a copy of the Clerk's Record(s) and the Reporter's Record." There is no proof in the record that counsel has mailed the record to appellant. We **ORDER** counsel to provide this Court, within **FIFTEEN DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response to the *Anders* brief is due by **January 3, 2020**. If appellant does not file a pro se response by January 3, 2020, the appeal will be submitted upon the brief of counsel.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to counsel for appellant and the State.

We further **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Brandon Norman, BIN 19005202, North Tower 3E08, P.O. Box 660334, Dallas, Texas 75266-0334.

/s/    LANA MYERS
        JUSTICE